IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Case No. 5:11-cv-273-BO

HENRY PASHBY, ANNIE BAXLEY, )
MARGARET DREW, DEBORAH FORD, )
MELISSA GABIJAN, by her guardian and )
next friend JAMIE GABIJAN, MICHEAL )
HUTTER, JAMES MOORE, LUCRETIA )
MOORE, AYLEAH PHILLIPS, ALICE )
SHROPSHIRE, SANDY SPLAWN, )
ROBERT JONES and REBECCA )
PETTIGREW, on behalf of themselves ) **ORDER**
and all others similarly situated, )
)
        Plaintiffs, )
)
        v. )
)
ALDONA WOS, in her official capacity )
as Secretary of the North Carolina )
Department of Health and Human Services, )
)
        Defendant. )
)

The Court substitutes Aldona Wos for Albert Delia as a party to this proceeding.

This the __3__ day of __May__, 2013.

                                            Terrence Boyle
                                            United States District Court Judge

1